**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WHITEHALL SPECIALTIES, INC., ) | No. MC-05-0081-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Steven J. DELAPORTAS, et al., ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's Motion for Judgment-Debtor Exam, which was filed with the Court on February 23, 2007. [Doc. No. 70] By random draw, Magistrate Judge Edward C. Voss has been selected to conduct the Judgment Debtor Examination. Accordingly,

**IT IS ORDERED** that this case is referred to Magistrate Judge Edward C. Voss for a Judgment Debtor Examination.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide Magistrate Judge Voss, as well as counsel of record, a copy of this Order.

DATED this 7th day of March, 2007.

Stephen M. McNamee
United States District Judge