**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Whitehall Specialties, Inc. | ) | No. MC-05-00081-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Steven J. Delaportas, et al., | ) | |
| Defendants. | ) | |

Pending before the Court are Plaintiff's Motions to Quash Garnishments issued or sought in this matter (Dkts. 62, 63, 68). Plaintiff applied for and obtained Writs of Garnishment for earnings and non-earnings against the following garnishees: Oasis Entertainment Services, LLC (Dkts. 50, 51); Destinations, LLC (Dkts. 40, 47); Ithaca Properties, LLC (Dkts. 48, 52); Ionian Foods, LLC (Dkts. 55, 57); McCagnos Wild Game & Domestic Processing, LLC (Dkts. 43, 46); and McCagnos Farm Fresh Market, LLC (Dkt. 38). Plaintiff now seeks to release and quash those Writs of Garnishment (Dkt. 62).

Similarly, Plaintiff applied for and obtained Writs of Garnishment for earnings and non-earnings against the following garnishees: 1005 N. Second Street LLC (Dkts. 53, 54); Del Sunshine, LLC (Dkts. 36, 39); Fortitude B & D, LLC (Dkts. 56, 59); Steve & Clark's Eateries, LLC (Dkts. 37, 60); and Trinity Holdings, LLC (Dkts. 44, 45). Plaintiff now seeks to release and quash those Writs of Garnishment as well (Dkt. 63).

1   Finally, Plaintiff applied for a Writ of Garnishment for non-earnings as to
2   garnishee Squire, Sanders & Dempsey, LLP (Dkt. 64).  Squire, Sanders & Dempsey
3   answered and denied that it had possession of monies or personal property of the
4   judgment debtor (Dkt. 66).  Plaintiff now seeks to release and quash that Writ of
5   Garnishment (Dkt. 68), though no such Writ ever issued.

6   In each Motion to Quash, Plaintiff asserts that neither the Garnishee nor the
7   Defendant/Judgment Debtor will be prejudiced by the release of the Writ of Garnishment,
8   and that satisfactory arrangements have been made for payment of every Garnishee's fees
9   and costs incurred in answering the Writs.  No responses have been filed as to any of
10  Plaintiff's three Motions to Quash.  The Court will therefore grant Plaintiff's Motions to
11  Quash those Writs which have issued (Dkts. 62, 63), and deny as premature Plaintiff's
12  Motion to Quash Writ of Non-Earnings as to Squire, Sanders & Dempsey, LLP as no
13  Writ was issued.  Accordingly,

14  **IT IS HEREBY ORDERED** granting Plaintiff's Motion to Quash Garnishments
15  (Dkt. 62).

16  **IT IS FURTHER ORDERED** granting Plaintiff's Motion to Quash Garnishments
17  (Dkt. 63).

18  **IT IS FURTHER ORDERED** denying as premature Plaintiff's Motion to Quash
19  Garnishment as to Squire, Sanders & Dempsey LLP (Dkt. 68).

20  DATED this 12th day of March, 2008.

Stephen M. McNamee
United States District Judge