**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Whitehall Specialties, Inc., ) | No. MC-05-81-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Steven J. Delaportas, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is Plaintiff Whitehall Specialties, Inc.'s Petition for Order to Show Cause Re: Failure to Produce Documents (Dkt. 94). Plaintiff asserts that an order to show cause is necessary because Defendants have failed to produce documents subpoenaed by Plaintiff. Plaintiff further asserts that it repeated the request via letter. Plaintiff does not provide evidence of any subpoena, nor of a letter. Absent evidence that Defendants failed to respond to a subpoena, the Court will not issue an order to show cause.

Moreover, Plaintiff does not cite any of the Federal Rules of Civil Procedure, and appears instead to rely upon the Arizona Rules of Civil Procedure. (See Dkt. 94, Proposed Order.) The Federal Rules of Civil Procedure provide Plaintiff with adequate remedies to address Defendants' alleged failures. See Fed. R. Civ. P. 37(a). These remedies and mechanisms should be utilized and exhausted before an order to show cause is sought.

1  Accordingly,

2  **IT IS HEREBY ORDERED** denying Plaintiff's Motion for Order to Show Cause
3  (Dkt. 94).

4  DATED this 11th day of April, 2008.

Stephen M. McNamee
United States District Judge