**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Whitehall Specialties, Inc., | ) | No. MC-05-81-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Steven J. Delaportas, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Steven J. Delaportas filed a Notice of Filing Chapter 7 Bankruptcy, stating that the "proceedings in this matter as to the Defendant [Steven Delaportas] are stayed pursuant to 11 U.S.C. § 362. The Court will therefore require Plaintiff to show cause as to why the proceedings as to Defendant Delaportas should not be transferred to the Bankruptcy Court. Accordingly,

**IT IS HEREBY ORDERED** directing Plaintiff Whitehall Specialties, Inc. to show cause, in writing by **June 20, 2008**, why the proceedings as to Defendant Steven Delaportas should not be transferred to the Bankruptcy Court.

DATED this 6th day of June, 2008.

Stephen M. McNamee
United States District Judge