**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Whitehall Specialties, Inc., | ) | No. MC-05-81-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Steven J. Delaportas, et al., | ) | |
| Defendants. | ) | |

Defendant Steven J. Delaportas filed a Notice of Filing Chapter 7 Bankruptcy, stating that the "proceedings in this matter as to the Defendant [Steven Delaportas] are stayed pursuant to 11 U.S.C. § 362." (Dkt. 98.) The Court therefore required Plaintiff to show cause by June 20, 2008 as to why the proceedings as to Defendant Delaportas should not be transferred to the Bankruptcy Court. (Dkt. 99, Order dated June 6, 2008.) To date, Plaintiff has not filed anything in response to this directive. Accordingly,

**IT IS HEREBY ORDERED** transferring the proceedings as to Defendant Steven Delaportas to the Bankruptcy Court.

DATED this 9th day of September, 2008.

Stephen M. McNamee
United States District Judge